# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

REGINA H[1],

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 1:20-cv-212

Judge Matthew W. McFarland

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 16)**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 16), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendations in its entirety. Accordingly, the decision of the Commissioner to deny Plaintiff DIB benefits is **REVERSED** and this matter is **REMANDED** under sentence four of 42 U.S.C. § 405(g) consistent with this Order and Magistrate Judge Bowman's Report and Recommendation. Accordingly, this case is **CLOSED**.

---

[1] Due to the Committee on Court Administration and Case Management of the Judicial Conference of the United States' recommendation that federal courts only refer to claimants by their first names and last initials due to privacy concerns, "any opinion, order, judgment or other disposition in social security cases in the Southern District of Ohio shall refer to claimants only by their first names and last initials." *See* General Order 22-01.

IT IS SO ORDERED.

                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF OHIO

By: *[signature]*
                                    JUDGE MATTHEW W. McFARLAND